**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **BANKRUPTCY CASE** |
| | § | **NO. 25-51814** |
| **MEANDERING BEND, LLC** | § | |
| | § | |
| | § | **ADVERSARY CASE** |
| *Debtor.* | § | **NO. 25-03628** |
| | § | |

## <u>MOTION TO TRANSFER</u>

Pursuant to 28 U.S.C. §§ 1409 and 1412, Defendant ALI CHOUDHRI ("Choudhri") hereby requests transfer of the above-styled cause to the United States District Court for the Western District of Texas, San Antonio Division. In support of this request, Choudhri respectfully shows the Honorable Court as follows:

### I. BACKGROUND

1. On August 5, 2025, MEANDERING BEND, LLC ("Debtor") filed a voluntary petition for protection under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court"), thereby commencing Case No. 25-51814 (the "Bankruptcy Case").

2. The claims asserted in this adversary proceeding directly relate to the Debtor, its property, and matters that fall squarely within the jurisdiction of the Bankruptcy Court overseeing the Bankruptcy Case.

3. This proceeding was removed to this Court pursuant to 28 U.S.C. § 1452(a). Because the Bankruptcy Case is pending in the Western District of Texas, San Antonio Division, venue properly lies there under 28 U.S.C. §§ 1409 and 1412.

## II. LEGAL STANDARD

4. Section 1412 authorizes a district court to transfer a case or proceeding under Title 11 to another district court, "in the interest of justice or for the convenience of the parties."

5. Similarly, 28 U.S.C. § 1409 provides that a proceeding arising under or related to a case under Title 11 may be commenced in the district court where the bankruptcy case is pending.

6. Courts routinely transfer proceedings related to bankruptcy cases to the district where the bankruptcy case is pending in order to centralize disputes, promote judicial economy, and prevent inconsistent rulings. *See In re Enron Corp.*, 317 B.R. 629, 638 (Bankr. S.D.N.Y. 2004) (explaining that the "interest of justice" standard is broad and includes considerations of judicial economy, timeliness, and fairness).

## III. ARGUMENT

7. Transferring this adversary proceeding to the Western District of Texas, San Antonio Division, will serve the interests of justice and the convenience of the parties. The Bankruptcy Court there is already presiding over the Debtor's reorganization efforts and is familiar with the Debtor, its creditors, and the issues at stake.

8. Judicial economy strongly favors transfer. The same underlying facts and transactions are already before the Bankruptcy Court in the Bankruptcy Case. Allowing this adversary proceeding to remain in a separate district would risk duplication of effort, inconsistent rulings, and unnecessary expense.

9. The convenience of the parties also favors transfer. The Debtor and its assets are subject to the jurisdiction of the Bankruptcy Court in San Antonio, and all interested parties are

already litigating issues there. Consolidating related matters before the same court will streamline discovery, motion practice, and resolution.

## IV. PRAYER

For these reasons, Defendant ALI CHOUDHRI respectfully requests that this Court grant this Motion and transfer the above-styled cause to the United States District Court for the Western District of Texas, San Antonio Division, for assignment to the Bankruptcy Court presiding over Case No. 25-51814. Choudhri further prays for such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: */s/ Justin Rayome*
JUSTIN RAYOME
SBN: 24130709
1001 West Loop South, Suite 700
Houston, Texas 77027
214-934-9345
justin.rayome.law@gmail.com

ATTORNEY FOR ALI CHOUDHRI

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2025, a true and correct copy of the foregoing Motion to Transfer was served on all counsel of record via the Court's CM/ECF system and by email to the following:

Thomas Michael Ballases on behalf of Plaintiff   MOKARAM-LATIF WEST LOOP, LTD.
ballases@hooverslovacek.com,  graham@hooverslovacek.com

*/s/ Justin Rayome*
Justin Rayome