**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 99-99999** |
| | § | |
| **OUT OF DISTRICT MAIN CASE** | § | **ADVERSARY PROCEEDING** |
| | § | |
| *Debtor.* | § | **NO.** _____ |

**CAUSE NO. 2012-27197-A**

| | | |
|---|---|---|
| | § | |
| MOKARAM-LATIF WEST LOOP, LTD, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ALI CHOUDHRI, | § | |
| *Defendant.* | § | 333RD  JUDICIAL DISTRICT |

## NOTICE OF REMOVAL

Defendant ALI CHOUDHRI pursuant to 28 U.S.C. §§ 1334 and 1452, and Rule 9027 of

the Federal Rules of Bankruptcy Procedure, hereby removes the above-captioned state court

action MOKARAM-LATIF WEST LOOP, LTD v. ALI CHOUDHRI, Cause No. 2012-27197-A,

currently pending in the 333RD Judicial District Court of Harris County, Texas (the "State Court

Action"), to the United States Bankruptcy Court for the Southern District of Texas, Houston

Division, as an adversary proceeding in IN RE OUT OF DISTRICT MAIN CASE, Case No. 99-

99999 (the "Bankruptcy Case"), and respectfully states:

### I. PARTIES

1. Plaintiff MOKARAM-LATIF WEST LOOP, LTD is a Texas partnership with its

   principal place of business at 2500 West Loop South, #455, Houston, Texas 77027.

2. Defendant ALI CHOUDHRI is an individual residing and doing business in Harris County, Texas. Choudhri may be served with process at his business address at 1001 W. Loop S. Suite 700, Houston, Texas 77027.

## II. BACKGROUND

4. Meandering Bend, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Western District of Texas on August 5, 2025 commencing the Bankruptcy Case.

5. In the State Court Action, the Harris County District Court has appointed a receiver who seeks to exercise authority and control over Meandering Bend, LLC and its assets.

6. Such acts implicate property of the bankruptcy estate and the administration of the Bankruptcy Case, falling within this Court's jurisdiction.

## III. PROCEDURAL GROUNDS FOR REMOVAL

7. Removal is proper pursuant to 28 U.S.C. § 1452(a), which provides that "[a] party may remove any claim or cause of action in a civil action… to the district court for the district where such civil action is pending, if such district court has jurisdiction… under section 1334 of this title."

8. Under 28 U.S.C. § 1334(b), the district courts have original, but not exclusive, jurisdiction of all civil proceedings "arising under," "arising in," or "related to" cases under title 11. The State Court Action directly impacts the Bankruptcy Case because it seeks to authorize or ratify acts of a receiver purporting to control the debtor or its property, in contravention of 11 U.S.C. § 362(a) and this Court's exclusive jurisdiction over estate property under 28 U.S.C. § 1334(e)(1).

9. The claims and relief sought in the State Court Action could alter the rights, liabilities, or property of the debtor, and thus have a "conceivable effect" on the bankruptcy estate, satisfying the test for "related to" jurisdiction established in *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987).

10. The State Court Action also raises core matters under 28 U.S.C. § 157(b)(2), including matters concerning the administration of the estate and proceedings affecting the property of the estate.

11. Venue is proper in this Court under 28 U.S.C. § 1409(a) because the Bankruptcy Case is pending here.

## IV. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

12. This Notice of Removal is filed within the time limits prescribed by Fed. R. Bankr. P. 9027(a)(2).

13. Due to the voluminous nature of the State Court docket sheet, a copy of all pleadings filed in the State Court Action will be filed promptly.

14. A copy of this Notice will be filed promptly with the Clerk of the 333rd Judicial District Court of Harris County, Texas, and served on all parties in accordance with Fed. R. Bankr. P. 9027(c).

15. The party filing this notice of removal consents to the Bankruptcy Court's entry of final judgment or order.

## V. PRAYER

For the foregoing reasons, Defendant respectfully removes the State Court Action to this Court as an adversary proceeding in the Bankruptcy Case.

Respectfully submitted,

By: */s/ Justin Rayome*
JUSTIN RAYOME
SBN: 24130709
1001 West Loop South, Suite 700
Houston, Texas 77027
214-934-9345
justin.rayome.law@gmail.com

**ATTORNEY FOR ALI CHOUDHRI**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this <u>29th</u> day of <u>August</u> 2025, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system to:

T. Michael Ballases
Hoover Slovacek LLP
5051 Westheimer
Suite 1200
Houston, Texas 77056
713-977-8686
ballases@hooverslovacek.com

*/s/ Justin Rayome*
Justin Rayome