# INDEX OF STATE COURT RECORD

*(Pursuant to BLR 9027-1 and 9027-2)*

**State Court Case:** Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri, Cause No. 2012-27197-A, in the 333rd Judicial District Court of Harris County, Texas.

## Exhibit 1 – Original Petition

- **Title:** Plaintiffs' Original Petition
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** [Date not clearly imaged, but appears at initiation of Cause No. 2012-27197-A]
- **Description:** Petition initiating claims by Mokaram-Latif West Loop, Ltd. and Osama Abdullatif against Defendant Ali Choudhri.

## Exhibit 2 – Final Judgment

- **Title:** Final Judgment
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** October 23, 2023
- **Judge:** Hon. Randy Wilson
- **Description:** Judgment for Plaintiff Abdullatif against Defendant Choudhri in the amount of $3,332,366.98, plus post-judgment interest. Disposes of all parties and claims.

## Exhibit 3 – Order Granting Turnover, Charging Order, and Appointment of Receiver

- **Title:** Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtor
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** April 1, 2025
- **Judge:** [Not expressly listed, but signed by presiding judge of the 333rd District Court]
- **Description:** Grants turnover relief in favor of Abdullatif; appoints **Travis B. Vargo** as receiver over Choudhri's assets; identifies entities subject to receivership.

## Exhibit 4 – Amended Order Granting Turnover

- **Title:** Amended Order Granting Turnover, Charging Order, and Appointment of Receiver Against Judgment Debtor
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** April 9, 2025
- **Description:** Amends the April 1, 2025 turnover order to clarify scope of receivership and note bankruptcy stay considerations.

## Exhibit 5 – Motion to Confirm Authority Concerning Turnover of Judgment Debtor's Interest in Meandering Bend, LLC (with attached Exhibits)

- **Title:** Motion to Confirm Authority Concerning Turnover of Judgment Debtor's Interest in Meandering Bend, LLC
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** July 30, 2025
- **Movant:** Receiver, Travis Vargo
- **Description:** Motion requesting confirmation that Choudhri's membership interest in **Meandering Bend, LLC** was turned over to the Receiver; argues that entity is not an operating business and seeks authority to control and sell assets. Includes:
  - **Exhibit A:** Unsworn Declaration of Receiver with supporting exhibits (Google street view, expert report by Bob Norris, Travis CAD records).

## Exhibit 6 – Defendant's Omnibus Objection and Response to Receiver's Motions to Confirm Authority

- **Title:** Defendant's Omnibus Objection and Response to Receiver's Motions to Confirm Authority
- **Court:** 333rd Judicial District Court, Harris County, Texas
- **Filed:** August 11, 2025
- **Filed by:** Defendant Ali Choudhri
- **Description:** Objection arguing that the receivership is stayed/superseded under Tex. R. App. P. 24, and that the entities at issue are active operating businesses. Asserts that Receiver's authority is limited to charging orders under Tex. Bus. Orgs. Code § 101.112.

**CERTIFICATION**

This Index of Documents is submitted in compliance with Bankruptcy Local Rules 9027-1 and 9027-2, identifying all pleadings and orders from the state court record accompanying the Notice of Removal.

*/s/ Justin Rayome*
Justin Rayome